1 GARY S. FERGUS, (CA Bar No. 095318)
FERGUS, A LAW OFFICE
2 595 Market Street, Ste. 2430
San Francisco, California 94115
3 Telephone: (415) 537-9032
Facsimile: (415) 537-9038
4 E-mail: gfergus@ferguslegal.com

5 Attorneys for Defendant
Espetus Brazilian Steakhouse, Inc.
6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 

| ESPETUS CHURRASCARIA, INC., a California corporation, | ) Case No. C 12-01256 JSW |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| ESPETUS BRAZILIAN STEAKHOUSE, INC., a North Carolina corporation, | ) |
| Defendant. | ) |

1  The Court having considered the Stipulation to Continue the Case Management Conference
2  in order to allow the Court to rule on the Defendant's Motion To Dismiss For Lack Of Personal
3  Jurisdiction And Improper Venue Or, In The Alternative, To Transfer Venue scheduled to be heard
4  on July 6, 2012 before the parties are required to prepare for and participate in the Case
5  Management Conference and for good cause shown,

6  **IT IS HEREBY ORDERED**

7  1.  The Initial Case Management Conference currently scheduled for June 29, 2012 at
8  1:30 p.m. is continued to August 10, 2012 at 1:30 p.m. and all dates associated with the Initial Case
9  Management Conference shall be continued to correspond with the new date for the Initial Case
10 Management Conference.

12 Dated: May 11, 2012

_____
United States District Judge
The Honorable Jeffrey S. White

2.