IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPETUS CHURRASCARIA, INC., | |
| Plaintiff, | No. C 12-01256 JSW |
| v. | |
| ESPETUS BRAZILIAN STEAKHOUSE, INC., | **ORDER REGARDING MOTION TO WITHDRAW** |
| Defendant. | |

Counsel for Defendant Espetus Brazilian Steakhouse, Inc. ("Defendant") filed a motion to withdraw and stated that Defendant has "consented to this withdrawal and agreed to proceed pro se, representing itself in this matter." (*See* Docket No. 32.) However, the Court notes that "a corporation may appear in the federal courts only through licensed counsel." *See Rowland v. California Men's Colony,* 506 U.S. 194, 202 (1993); *see also* Northern District Civil Local Rule 3-9(b). Therefore, as a non-attorney, Defendant cannot appear *pro se*.

**IT IS SO ORDERED.**

Dated: October 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE