United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    ESPETUS CHURRASCARIA, INC.,

10              Plaintiff,                     No. C 12-01256 JSW

11        v.

12   ESPETUS BRAZILIAN STEAKHOUSE,            **ORDER REGARDING MOTION**
     INC.,                                    **TO WITHDRAW**
13
              Defendant.
14   _____/

15

16        Counsel for Defendant Espetus Brazilian Steakhouse, Inc. ("Defendant") filed a motion

17   to withdraw and stated that Defendant has "consented to this withdrawal and agreed to proceed

18   pro se, representing itself in this matter."  (*See* Docket No. 32.)  However, the Court notes that

19   "a corporation may appear in the federal courts only through licensed counsel."  *See Rowland v.*

20   *California Men's Colony,* 506 U.S. 194, 202 (1993); *see also* Northern District Civil Local Rule

21   3-9(b). Therefore, as a non-attorney, Defendant cannot appear *pro se*.

22        **IT IS SO ORDERED.**

23

24   Dated: October 26, 2012                   _____
                                               JEFFREY S. WHITE
25                                             UNITED STATES DISTRICT JUDGE

26
27
28